1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9

10 | Slim Ben Mohamed,                                    Case No. 3:23-cv-00373-ART-CSD

11 |             Plaintiff,

12 |     v.                                             **ORDER GRANTING**

13 | Richard T. Murray,                                 STIPULATION TO DISMISS

14 |             Defendant.

15

16      The parties, Slim Ben Mohamed, acting *pro se*, and the United States of America, on

17 behalf of Defendant, Richard T. Murray, represented by the undersigned counsel, hereby

18 agree to the dismissal of this action in its entirety. Dismissal is with prejudice as to all claims

19 and causes of action Plaintiff has asserted against Defendant in this matter. Each side is to

20 bear its own costs and attorney fees.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    Respectfully submitted this ___10___ day of October 2023.

2

3    SLIM BEN MOHANED                    JASON M. FRIERSON
                                        United States Attorney
4    /s/
     SLIM BEN MOHAMED, *Pro Se*         /s/ *Skyler H. Pearson*
5    530 E. Patriot Boulevard, Apt. #176    SKYLER H. PEARSON
     Reno, Nevada 89511                 Assistant United States Attorney
6
                                        *Attorneys for the United States of America*
7

8

9                                       **IT IS SO ORDERED.**

10

11

12                                      Anne R. Traum
                                        United States District Court Judge
13
                                        DATED: October 16, 2023
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2